UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVEN A. MCKENNA

v.                                                                    CA 10-017 ML

SANDRA POWELL and
GEORGE HEALY, in their
representative capacities

## ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Almond on April 28, 2010. Defendants have filed a response to Plaintiff's objection. This Court has considered the Report and Recommendation, Plaintiff's objection and Defendants' response. Having done so, this Court concurs in Magistrate Judge Almond's conclusion that Defendants' motion to dismiss ought to be granted. Further, this Court finds no merit in Plaintiff's objection.

Accordingly, this Court adopts the Report and Recommendation in its entirety. Defendants' motion to dismiss is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June  9 , 2010